**Order entered February 15, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00062-CV

## IN RE: TEXAS REVOCABLE LIVING TRUST OF SHIRLY JEAN NIXON

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 111476-CC2**

## ORDER

The trial court signed a final judgment on November 8, 2022. Appellant Kristi Lynn Simmang Novack filed a motion for new trial on January 17, 2023. Included therein is a Texas Rule of Civil Procedure 306a motion to extend deadlines because her counsel did not get notice of the judgment until December 19, 2022. *See* TEX. R. CIV. P. 306(a)(4). The record before this Court reflects that the trial court has not conducted a hearing on the motion and made the requisite finding of the date when appellant or her counsel first either received notice or acquired actual knowledge that the judgment was signed.

Accordingly, we **ORDER** the trial court to conduct a hearing, **WITHIN THIRTY DAYS** of the date of this order, on appellant's rule 306a motion. *See* TEX. R. CIV. P. 306(a)(5). We further **ORDER** the trial court to sign a written order that finds the date when appellant or her counsel first either received notice or acquired actual knowledge that the judgment was signed. *See* TEX. R. APP. P. 4.2(c).

We **ORDER** Shelly Dearing, Official Court Reporter for County Court at Law No. 2, to file the reporter's record of the hearing **WITHIN FORTY DAYS** of the date of this order.

We **ORDER** Laura Hughes, Kaufman County Clerk, to file a supplemental clerk's record containing the trial court's order on appellant's rule 306a motion **WITHIN THIRTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Bobby Rich, Presiding Judge of County Court at Law No. 2 of Kaufman County; Ms. Hughes; Ms. Dearing; and, all parties.

We **ABATE** this appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated in **FORTY DAYS** or when the supplemental clerk's record is filed with the requested order from the trial court, whichever occurs sooner.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE